IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CALLIE SEXTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-554-Y |
| | § | |
| COLLECTO, INC. | § | |

**ORDER REQUIRING COMPLIANCE WITH**
**LOCAL CIVIL RULES 5.1(f) and 83.7 or 83.9**

On July 28, 2015, the above-styled and -numbered cause was filed in the Northern District of Texas, Fort Worth division, and randomly assigned to the undersigned judge. Attorney **James B. Heston** (Katy, Texas) made an appearance on behalf of Plaintiff prior to the removal. Local Civil Rule 5.1(f) requires all counsel to register as an electronic case ("ECF") filer.[1] **Heston** must comply with this rule no later than **August 19, 2015.**

**Further,** Local Civil Rule 83.7 or 83.9[2] requires counsel to become admitted to the Northern District of Texas or apply for permission to appear pro hac vice, therefore, **Heston** must comply with one of these requirements no later than **August 26, 2015**, or file a motion to withdraw as counsel.

SIGNED August 5, 2015.

_/s/ Terry R. Means_

---

[1] To register as an electronic-case filer access the court's website at http://www.txnd.uscourts.gov/attorneyinfo/bar.html. An attorney or non-prisoner pro se party who has never registered for electronic filing in the Northern District of Texas will be able to use the program to create a login and password and will also be able to monitor the status of the registration request online. The online registration program will be accessible via the ECF User Registration Form link available on our website.

[2] The appropriate forms may be found on the Court's website at www.txnd.uscourts.gov.

```
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE
```